```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                         CIVIL ACTION

V.                                               NO. 17-12081

ADMINISTRATORS OF THE
TULANE EDUCATIONAL FUND                          SECTION "F"
                              ORDER
```

Before the Court is the plaintiff's unopposed motion to amend this Court's scheduling order dated May 10, 2018. The plaintiff requests to continue the April 29, 2019 trial date and extend all other deadlines for 60 days, or until such time is convenient for the Court, to accommodate the impending maternity leave of plaintiff's lead counsel and the trial schedule of incoming lead counsel.

Because the trial date is more than three months away, the Court finds that a briefer continuance of approximately 30 days is appropriate. Accordingly, IT IS ORDERED: that the plaintiff's motion to amend is GRANTED, in part, and DENIED, in part. IT IS FURTHER ORDERED: that the Court shall hold a Scheduling Conference by telephone on  January 17 , 2019 at  9:45 A.M. to select mutually agreeable dates and deadlines in accordance with this Order.

New Orleans, Louisiana, January 7, 2019

```
                    _____
                         MARTIN L. C. FELDMAN
                      UNITED STATES DISTRICT JUDGE
```