## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO:   17-12081** |
| **TULANE UNIVERSITY ET AL** | **SECTION: "F" (4)** |

## <u>ORDER</u>

The undersigned Chief Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #28)** scheduled for March 21, 2019, at 10:00 AM is **CANCELLED.**  A copy of the correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 20th day of March 2019

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**District Judge Martin L.C. Feldman**



| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Kara L. Gorycki | *Counsel* |
| | Cindy A. Singh | Jeffrey S. Berkowitz |
| | Nicholas E. Lewis | *Counsel* |
| | Adrienne D. Levy | Marybeth Sydor |
| | | *Title IX Consultant* |

March 15, 2019

**VIA E-Mail**
Hon. Karen W. Roby
Chief Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
Room B437
New Orleans, LA 70130

Re:   **Doe v. The Administrators of the Tulane Educational Fund**
      **Civ Case No.: 17-cv-12081-MLCF-KWR**

Dear Magistrate Judge Roby:

The undersigned represents Plaintiff John Doe in the above-captioned matter. We are writing to advise the Court that the Parties have reached a settlement in principle. The Parties are in the process of reducing the terms to writing and expect to have a signed agreement early next week. Accordingly, the Parties jointly and respectfully request to cancel the March 21, 2019 settlement conference, with leave to reschedule if the Parties are unable to finalize an agreement.

Respectfully submitted,

NESENOFF & MILTENBERG LLP

By: *Adrienne Levy*
    **Adrienne D. Levy, Esq.**

Cc:   **SCHNONEKAS, EVANS, MCGOEY**
      **& MCEACHIN, LLC**
      Ellie T. Schilling, Esq.
      Email: Ellie@semmlaw.com

      **CHAFFE McCALL, L.L.P.**
      Julie D. Livaudais, Esq.
      Email: livaudais@chaffe.com

| | | | | | |
|---|---|---|---|---|---|
| **NEW YORK** | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
| **BOSTON** | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 | |